ARCH INSURANCE COMPANY, Liberty Mutual Insurance Company, Continental Casualty Insurance Company, Navigators Insurance Company, RSUI Indemnity Company, and Berkley Insurance Company, Plaintiffs Below, Appellants,

v.

David H. MURDOCK, C. Michael Carter, Dole Food Company, Inc. and DFC Holdings, LLC, Defendants Below, Appellees.

No. 32, 2017

Supreme Court of Delaware.

Submitted: January 23, 2017
Decided: February 2, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N16C–01–104

REFUSED.